IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY TYUS                                                                                    PLAINTIFF

v.                                            4:06CV00578HLJ

SHERIFF MONTGOMERY, et al.                                          DEFENDANTS

ORDER

Plaintiff shall file a response to the motions to dismiss filed by defendants Otto, Montgomery, and Welsh (DE ##22, 25, 28) within ten days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 3rd day of October, 2007.

_____
United States Magistrate Judge