IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY TYUS                                                                                                  PLAINTIFF

VS.                              CASE NO. 4:06CV00578 JLH/HLJ

SHERIFF MONTGOMERY, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de</u> <u>novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 26th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE